UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
Robert Fackovec

v.

Long Island Railroad Company

----------------------------------------------------------X

08 CIV. 238 (LBS)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-28-08
```

APPEARANCES:

Plaintiff by:
Michael Flynn, Esq.
1205 Franklin Ave.

Garden City, N.Y. 11530

Defendant by:
Christopher Yodice, Esq.

LIRR Co.

93-02 Sutphin Blvd.

Jamaica, New York 11435

SAND, J.

     Pursuant to Fed. R. Civ. P. 16(b), after holding an initial pretrial conference, it is hereby ordered that:

1. The last date for joining additional parties or amending the pleadings shall be _____.

2. The last date for the filing and hearing of motions shall be _____.

3. All discovery shall be completed by  9/15/08 .

4. A pretrial order shall be submitted by  9/15/08 . The pretrial order shall conform with the Court's instructions, a copy of which may be obtained from the Deputy Clerk.

5. A pretrial conference shall be held on _____ at _____. This conference is to be attended by counsel who will actually try the case.

     If the action is for personal injuries, plaintiff is directed to make a monetary settlement demand and defendant is directed to respond to such demand prior to the pretrial conference.

     SO ORDERED.

DATED:  New York, New York
              5/28/08

                                                   U.S.D.J.