```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-05-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
ROBERT FACKOVEC,

                Plaintiff,

    -v-

LONG ISLAND RAILROAD COMPANY,

                Defendant
-------------------------------------x

08 Civ 238 (LBS)
Docket Number

ORDER

OF

DISCONTINUANCE

        This cause being duly before the Court and it having been represented to the Court that all claims asserted herein have been settled, it is:

        ORDERED that the above entitled action be and hereby is discontinued without costs to either party, without prejudice to reopen within 30 days if settlement is not accepted and performed.

Dated:

                                                    U.S.D.J.

                                    8/05/08