UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

RICHARD SIRIANNI,

              Plaintiff,

-against-

THE LONG ISLAND RAILROAD
COMPANY,

              Defendant.
---------------------------------------------------------------X

06 Civ 11465 (JCF)

STIPULATION
OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action against THE LONG ISLAND RAILROAD COMPANY be, and the same is hereby discontinued, with prejudice and without costs to either party as against the other. The stipulation may be filed without further notice.

DATED: New York, New York
          June 3, 2008

Sable & Gold
Attorneys for Plaintiff

By: Fredric M. Gold
450 Seventh Avenue
New York, New York 10123

Mark D. Hoffer, Esq.
Attorneys for Defendant

By: Sean Constable
Jamaica Station
Jamaica, New York 11435

So Ordered:

_____
USDMJ FRANCIS